United States Bankruptcy Court
Eastern District of Michigan

In re:  **KEVIN DAVIE**                          Case No.  **09-77336-MBM**
              Debtor                          Chapter: **13**
_____/            Judge **Marci B. McIvor**

<u>Debtors' Chapter 13 Confirmation Hearing Certificate</u>
[To be completed fully]

At the next confirmation hearing in this case, the debtor intends to: [Check ONE of the following]

1. _____ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. __X__ Request confirmation of the debtor's plan, even though all timely objections have not been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

        Trustee Objections/Issues: Debtor failed to appear at 341 hearing on March 8, 2010. Debtor has various unfiled federal and state tax returns.

3. _____ Request an adjournment of the confirmation hearing to _____ , 2010, for the following good cause:

4. ____ Dismiss the case. [The Court will construe this as a motion by the Debtor to dismiss the case under Fed.R.Bankr.P. 1017(f)(2), and the Court will enter an order of dismissal and the case will be removed from the docket, unless the case was previously converted from Chapter 7, 11, or 12 to Chapter 13. In that event, a separate motion to dismiss must be filed within 10 days.]

5. ____ Convert the case to chapter 7. [The Debtor must promptly file a separate notice of conversion under Fed.R.Bankr.P. 1017(f)(3), and pay the filing fee for such notice. Such notice of conversion will cause the case to be converted without the entry of an order of conversion.]

Date: April 2, 2010                /s/ Brent M. Lamkin
                                            **JOSEPH L. GRIMA (P 44756)**
                                            **BRENT M. LAMKIN (P 57072)**
                                            **Attorneys for Debtor**
                                            **18232 Mack Ave.**
                                            **Grosse Pointe Farms, MI 48236**
                                            **(313) 417-8422**
                                            **grimalaw@gmail.com**